# Order

**Michigan Supreme Court**
**Lansing, Michigan**

November 1, 2017

Stephen J. Markman,
Chief Justice

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen
Kurtis T. Wilder,
Justices

153074

SHELBY TOWNSHIP,
      Respondent-Appellant,

v

COMMAND OFFICERS ASSOCIATION OF MICHIGAN,
      Charging Party-Appellee.

SC: 153074
COA: 323491
MERC: 12-000067

_____/

      On order of the Court, leave to appeal having been granted and the Court having considered the briefs and oral arguments of the parties, the judgment of the Court of Appeals is AFFIRMED by equal division of the Court.

      WILDER, J., did not participate because he was on the Court of Appeals panel.



      I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 1, 2017



Clerk

d1030